AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| MIKAEL GIDADA et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21CV2338 |
| ISLAMIC REPUBLIC OF IRAN | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Mikael Gidada et al.

Date: 12/13/2022

/s/ Maryam M. Atty
*Attorney's signature*

Maryam M. Atty (DC Bar No. VA137)
*Printed name and bar number*
1209A Laskin Road
Virginia Beach, VA 23451

*Address*

maryam.atty@singerdavis.law
*E-mail address*

(757) 263-4155
*Telephone number*

(757) 233-1084
*FAX number*