1:21-cv-02338-RDM

FROM:

Clerk of Court Cleark RH1225
US District D
333 Constitution Ave NW
Washington DC 20001

United States Postal Service
REGISTERED MAIL
RA 650 570 355 US
Label 200, July 1999 (102595) 99-M-1904

Retail
U.S. POSTAGE PAID
FCMI LE
WASHINGTON, DC 20210
AUG 02, 2024
00181
$40.16
R2305K137042-01

REGISTRY SECTION
AUG 03 2024
CURSEEN/MORRIS P&DC FACILITY

REGISTRY SECTION
AUG 03 2024
CURSEEN/MORRIS P&DC FACILITY

TO:

Islamic Rep O Iran
Att Forein M...
Ali Beghen
Khomeni Avenue ...
natio us street Teh...

علت برگشت مرسوله پستی از منطقه الپستی
گیرنده از دریافت خودداری نمود
۱۴۰ /۵/-۸
گیرنده شناخته نشد
نشانی ناقص و یا اشتباه است
گیرنده نقل مکان نموده است
نام مامور پست

...بیرخانه از دریافت خودداری کرده اند

Utility Mailer
10 1/2" x 16"

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

UNITED STATES POSTAL SERVICE®
Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Return by the quickest route (air or surface mail), à découvert and postage free.
A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale) Clerk of Court Clerks Off. Rm 1225
US District DC
Street and Number (Rue et no.) 333 Constitution Ave NW
City, State, and ZIP + 4 (Localité et code postal) Washington DC 20001

UNITED STATES OF AMERICA Etats-Unis d'Amérique

**Avis de réception** **CN07** (Old C5)

PS Form **2865**, February 1997